# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America<br>v.<br>Julie Winters<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-mj-175 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Julie Winters,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about June 24, 2025, within the District of Oregon, defendant Julie Winters did forcibly assault FPS Officers, persons designated as federal officers in Title 18, United States Code, Section 1114, while FPS Officers were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Date: June 25, 2025

*Issuing officer's signature* — Youlee Yim You

City and state: Portland, Oregon

Hon. Youlee Yim You
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/26/2025, and the person was arrested on *(date)* 06/24/2025
at *(city and state)* PORTLAND, OR.

Date: 06/26/2025

*Arresting officer's signature*

BENJAMIN WIESE, SPECIAL AGENT FBI
*Printed name and title*